UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDUL HANNAN MIR,

                Plaintiff,

v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, UR MENDOZA
JADDOU, and SUSAN QUINTANA,

                Defendants.

**ORDER**

22 Civ. 1181 (ER)

RAMOS, D.J.

      On February 11, 2022, Abdul Hannan Mir brought this complaint in the nature of mandamus alleging that the adjudication of his application for permanent residence had been unlawfully delayed. Doc. 1. Mir served Defendants in accordance with Fed. R. Civ. P. 4(i) on February 24 and 25, 2022. Doc. 24. Accordingly, their answers were required to be filed by March 17 and March 18, 2022, respectively. *See id.* To date, Defendants have entered an appearance but have not answered. *See* Doc. 25.

      Mir is therefore directed to submit a status report by **April 15, 2022.** Failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

      It is SO ORDERED.

Dated: April 8, 2022
       New York, New York

                                                Edgardo Ramos, U.S.D.J.